429 A.2d 754

Commonwealth v. Phillips a/k/a Africa, Appellant.

Submitted June 13, 1980. Vincent Ziccardi, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, HOFFMAN and CIRILLO, JJ.*

The judgment of sentence of the court below is affirmed.